IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES M. JONES,
        Plaintiff,

v.                                                         Case No.:  3:04cv362/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
        Defendant.
_____/

**REPORT AND RECOMMENDATION**

       This action was initiated under the Social Security Act to obtain judicial review of the Commissioner's final decision denying Plaintiff's claim for benefits (Doc. 1).  Pending is the Commissioner's Second Motion to Remand pursuant to sentence six of 42 U.S.C. § 405(g) (Doc. 18).  The Commissioner has certified that Plaintiff has no objection to this motion.

       Sentence six remands may be granted on the Commissioner's motion before an answer is filed for good cause or, alternatively, upon a showing that there is new, material evidence and good cause for the failure to incorporate such evidence into the record.  *See* Melkonyan v. Sullivan, 501 U.S. 89, 100, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991) (explaining the difference between sentence four and sentence six remands under 42 U.S.C. § 405(g)).  In this case, the Commissioner has not yet filed an answer and seeks to remand this case to an administrative law judge ("ALJ").  Upon remand, the ALJ will be directed to properly evaluate the opinion of Scott G. Moore, M.D., Plaintiff's treating physician; properly articulate explicit and adequate reasons for discrediting Plaintiff's subjective complaints pursuant to 20 C.F.R. §§ 404.1529(c)(3) and 416.929(c)(3); and consider whether Plaintiff's past work as a janitor constitutes past relevant work.  Additionally, Plaintiff's request for a hearing on a subsequent Title XVI claim may be consolidated with this case in accordance with pertinent regulations.

Thus, the undersigned believes there is good cause for the requested remand.

Accordingly, it is respectfully **RECOMMENDED**:

1. That the Commissioner's second motion to remand (Doc. 18) be **GRANTED**.

2. That this cause be **REMANDED** to the Commissioner of the Social Security Administration pursuant to sentence six of 42 U.S.C. §405(g) for further administrative proceedings.  As the court retains jurisdiction of this case during the period of remand, judgment should not be entered at this time.

3. That the Commissioner be required to advise the court of the status of these proceedings sixty (60) days from the date of the District Court's final order in the instant matter, and every sixty (60) days thereafter.

At Pensacola, Florida this 19th day of September 2005.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636;** United States v. Roberts**, 858 F.2d 698, 701 (11th Cir. 1988).**