**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JAMES M. JONES,
    Plaintiff,

v.                                        Case No.:  3:04cv362/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
                                    /

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 19, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  The Commissioner's second motion to remand (Doc. 18) is **GRANTED**.

      3.  This cause is **REMANDED** to the Commissioner of the Social Security Administration pursuant to sentence six of 42 U.S.C. §405(g) for further administrative proceedings.  As the court retains jurisdiction of this case during the period of remand, judgment should not be entered at this time.

4. The Commissioner is required to advise the court of the status of these proceedings sixty (60) days from the date of docketing of this order, and every sixty (60) days thereafter.

**DONE AND ORDERED** this 19th day of October, 2005.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

*Case No: 3:04cv362/MCR/EMT*