IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES M. JONES,
    Plaintiff,

v.                                         Case No.: 3:04cv362/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 5, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's complaint is **DISMISSED** and a final judgment in favor of Plaintiff shall be entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    3. The court shall retain jurisdiction over this matter concerning the issue of attorney's fees.

    **DONE AND ORDERED** this 13th day of February, 2007.

                                      _s/ M. Casey Rodgers_
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**