**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JAMES M. JONES,
    Plaintiff,

vs.                                            Case No.:  3:04cv362/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 27, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

       Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.  Plaintiff's Application For Attorney Fees And Costs (Doc. 34) is granted as follows:

> Plaintiff's counsel, Byron A. Lassiter, Esquire, is entitled to recover fees and expenses in the amount of $925.00 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); the amount of attorney

      fees requested under the EAJA is reasonable; and the Commissioner is directed to pay counsel that amount.

**DONE AND ORDERED** this 30th day of April, 2007.


                                    *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **UNITED STATES DISTRICT JUDGE**