## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JAMES M. JONES,
      Plaintiff,

vs.                                                        Case No.:  3:04cv362/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
      Defendant.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 30, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  Petitioner's Petition for Authorization of Attorney Fees, pursuant to 42 U.S.C. § 406(b) (Docs. 38), is **GRANTED**.  Petitioner should be awarded attorney's fees in the amount of $7,603.50, to be paid out of the sums withheld by the Commissioner from Plaintiff's past due benefits.

3.  Upon receipt of attorney's fees in the amount of $7,603.50 pursuant to 42 U.S.C. § 406(b), Petitioner shall immediately refund to Plaintiff the previously awarded EAJA sum of $925.00.

**DONE AND ORDERED** this 28th day of February, 2008.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**